IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00708-REB-MEH

ANTHONY D. LOCKE,

      Plaintiff,

v.

FEDEX CORP.,
CARL PETERMAN,
JEFF W. STAMM,
BILL LOFTUS,
BOB MORELAND,
TONY TALIERCIO, and
JON S. JONES,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2012.**

      The Stipulated Motion to Vacate Scheduling Conference and to Schedule Status Conference [filed June 5, 2012; docket #22] is **granted**. The Scheduling Conference currently set for June 11, 2012 at 9:30 a.m. is hereby converted to a Status Conference at which the parties shall be prepared to discuss service of process and the status of this case. The parties need not file a proposed scheduling order at this time.