IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-00708-REB-MEH | Date: April 4, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

ANTHONY D. LOCKE, *Pro Se*

    Plaintiff,

vs.

FEDEX FREIGHT, INC.,                      Raymond Martin
CARL PETERMAN,
JEFF W. STAMM,
BILL LOFTUS,
BOB MORELAND,
TONY TALIERCIO, and
JON S. JONES,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     10:37 a.m.

Court calls case. Appearances of *pro se* Plaintiff and counsel for Defendant FedEx.

Argument and discussion regarding Defendant FedEx Freight, Inc.'s Motion to Compel and to Extend Dispositive Motion Deadline (Doc. #48, filed 2/27/13).

10:51 a.m.     Plaintiff, Anthony D. Locke, is sworn and questioned by the Court regarding discovery requests listed in the Motion to Compel.

Discussion regarding medical, tax, and unemployment information releases that should be provided for Plaintiff to sign.

**ORDERED:**   1.     Defendant FedEx Freight, Inc.'s Motion to Compel and to Extend Dispositive Motion Deadline (Doc. #48, filed 2/27/13) is GRANTED as stated on the record.

               2.     All deadlines contained in the Scheduling Order are vacated.

Plaintiff states his objection to the Court's order on Defendant FedEx Freight, Inc.'s Motion to Compel on the record.  Plaintiff is advised that he may file a written appeal to the order with the Court **on or before April 18, 2013.**

Discussion regarding motions to be re-filed by Plaintiff, motions Plaintiff believes have not been ruled on by the Court, the Court's previous rulings as to service on Defendants, service of a subpoena on Defendant Jones, and Mr. Martin's representation of Defendant Jones.

Plaintiff orally moves for the Court to reconsider the request for appointment of counsel.

**ORDERED:** Plaintiff's oral motion for reconsideration of "Claimant's Requesting the Court to Help in Finding a Volunteer Attorney in Said Case" (Doc. 54, filed 3/4/13) is GRANTED.  The Court will reconsider the motion and issue a separate order.

**Court in recess:** 12:14.m.  **(Hearing continued/concluded)**
**Total time in court:** 1:37

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.