IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00708-REB-MEH

ANTHONY D. LOCKE,

      Plaintiff,

v.

FEDEX FREIGHT, INC.,
CARL PETERMAN,
JEFF W. STAMM,
BILL LOFTUS,
BOB MORELAND,
TONY TALIERCIO, and
JON S. JONES,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2013.**

      Plaintiff's Request to Preclude the Filing or Production of Documents Subject to a Protective Order [filed May 3, 2013; docket #68] is **denied**. In essence, Plaintiff requests that the Court refrain from entering a protective order that would keep certain documents confidential; however, no protective order has been proposed to the Court for issuance. Therefore, there is no reason to seek relief from the Court at this time.