IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00708-REB-MEH

ANTHONY D. LOCKE,

      Plaintiff,

v.

FEDEX FREIGHT, INC.,
CARL PETERMAN,
JEFF W. STAMM,
BILL LOFTUS,
BOB MORELAND,
TONY TALIERCIO, and
JON S. JONES,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 22, 2013.**

      Before the Court is Defendant Fedex Freight Inc.'s Motion to Strike Plaintiff's "Response to Respondent Response to Claimant's Objections to Magistrate Judge Hegarty's Discovery Order" (dkt. 78) [filed June 25, 2013; docket #81]. Although the Plaintiff expressed opposition to the present motion, he failed to file a response to the motion within the time established by D.C. Colo. LCivR 7.1C. Thus, the Court will construe the motion as unopposed.

      Plaintiff filed a timely objection to this Court's April 4, 2013 order on April 18, 2013. *See* docket #63. FedEx Freight, Inc. ("FedEx") then filed a timely response to the objection on May 9, 2013. Docket #71. More than a month later, Plaintiff attempted to file a reply in support of his objection on June 10, 2013; however, this Court agrees with FedEx that Plaintiff's reply is untimely, as it was due to be filed on or before May 28, 2013. In addition, Plaintiff failed to seek an extension of time within which to file the reply.

      Therefore, the present unopposed motion to strike Plaintiff's untimely reply is **granted**. The Clerk of the Court is directed to strike Plaintiff's reply brief found at docket #78.