IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00708-REB-MEH

ANTHONY D. LOCKE,

    Plaintiff,

v.

FEDEX FREIGHT, INC., and
JON S. JONES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 26, 2013.**

    Defendant Fedex Freight Inc.'s Unopposed Motion to Modify the Court's Minute Order Entered on November 12, 2013 [filed November 25, 2013; docket #110] is **granted**. Defendant FedEx Freight, Inc. shall respond to Plaintiff's motion to compel within ten (10) days after the District Court rules on this Court's recommendation for dismissal.