IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00708-REB-MEH

ANTHONY D. LOCKE,

      Plaintiff,

v.

FEDEX FREIGHT, INC., and
JON S. JONES,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2014.**

      Before the Court is Plaintiff's Motion to Compel Production, Inspection and Copying of Documents and to Extend Dispositive Motion Deadline [filed November 12, 2013; docket #105]. This Court temporarily stayed briefing on the present motion pending resolution of the Court's recommendation for dismissal; however, due to the District Court's substantially heavy workload, the stay has essentially become indefinite. Therefore, in the interest of judicial economy and efficiency, the Court will **deny** the motion **without prejudice** at this time. Upon the District Court's order resolving the pending recommendation, the Plaintiff may simply file a motion seeking to "renew the motion to compel at docket #105," if appropriate and if he chooses to do so.