**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00708-REB-MEH

ANTHONY D. LOCKE, an individual,

    Plaintiff,

v.

FEDEX FREIGHT INC, and JON S. JONES,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting Recommendation of United States Magistrate Judge of Robert E. Blackburn entered on September 4, 2014 it is ORDERED that **JUDGMENT SHALL ENTER** in favor of the defendants against the plaintiff on all claims for relief asserted in the complaint [#1] and the apparent supplement to the complaint [#42]. The defendants are **AWARDED** their costs to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 5th day of September, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/  A. Lowe
          A. Lowe
          Deputy Clerk